PROB 35A

**ORDER TERMINATING TERM OF PROBATION
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| )                                                    vs.                             ) | **Docket Number:  6:03M00003-01** |
| ) | |
| **Brian R. MATHIESEN**               ) | |
| ) | |

On December 2, 2003, the above-named was placed on probation for a period of 3 years. On August 16, 2006, this office was notified by Doug Gee, the offender's attorney, that Mr. Mathiesen was confirmed dead by Robert Reina, M.D. on August 15, 2006 (attached is a copy of the death certificate). It is accordingly recommended that this case be closed.

Respectfully submitted,

/s/ Casey Horner, Sr.

**CASEY HORNER, SR.
Senior United States Probation Officer**

Dated:   August 24, 2006
             Modesto, California
             CKH:lr

**REVIEWED BY:**   /s/ Deborah A. Spencer
                             **DEBORAH A. SPENCER
                             Supervising United States Probation Officer**

Rev. 05/2006

EARLY TERMINATION ~ ORDER (PROB35A) DEATH.MRG

**Re:   Brian R. MATHIESEN**
      **Docket Number:   6:03M00003-01**
      **ORDER TERMINATING TERM OF PROBATION**
      **PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

### ORDER OF COURT

It is ordered that all proceedings in this case be terminated and the case closed.

| | |
|---|---|
| **Date** | **WILLIAM M. WUNDERLICH**<br>**United States Magistrate Judge** |

CKH:lr
Attachment:   Death Certificate
cc:   Yosemite Law Enforcement Office
      IT IS SO ORDERED.

**Dated:   September 1, 2006**          /s/  William M. Wunderlich
mmkd34                    UNITED STATES MAGISTRATE JUDGE

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35A) DEATH.MRG